IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant.<br>_____ / | No. C 14-02156 SI<br><br>**JUDGMENT** |

    Plaintiff's claims for premises liability and professional negligence are dismissed without prejudice to refiling after plaintiff exhausts his administrative remedies. Plaintiff's other claims are dismissed with prejudice, since exclusive jurisdiction rests with the Postal Regulatory Commission. Judgment is entered accordingly.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: September 9, 2014

                                                     SUSAN ILLSTON
                                                     UNITED STATES DISTRICT JUDGE